BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
STEVEN A. KIRSCH
steven.kirsch@usdoj.gov
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone: (202) 616-4048
Fax:     (202) 616-4159

Attorneys for Defendants United States of America and Beale Aero Club

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James M. Grogan,<br><br>    Plaintiff,<br><br>    v.<br><br>Beale Aero Club, John Henry; United States of America; and DOES 1-30,<br><br>    Defendants. | No.  2:15-CV-00562-GEB-KJN<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND FILING OF JOINT STATUS REPORT** |

This is a personal injury action against the United States pursuant to the Federal Tort Claims Act ("FTCA") and John Henry, an individual Defendant who has not appeared in this action. The action was initiated in state court on January 14, 2015.  The United States removed the action to this Court on March 12, 2015.  The Court issued an Order Setting Status (Pretrial Scheduling) Conference the same day.  In that Order, the Court set a pretrial scheduling conference for June 22, 2015.   The Order also requires the parties to confer and develop a

proposed discovery plan by June 1, 2015 and submit a Joint Status Report by June 8, 2015. The United States has filed a Motion to Dismiss arguing that the Court lacks jurisdiction over the FTCA component of the case because Plaintiff did not exhaust administrative remedies before filing suit. The motion is now fully briefed and was submitted without argument pursuant to the Court's May 5, 2015 minute order.

     Given the dispositive nature of the motion with respect to the United States, the parties agree that it would be more efficient for the Court to resolve the Motion to Dismiss before setting a schedule or engaging in other proceedings, and that the initial scheduling conference and development and filing of the Joint Status Report should be continued until after such resolution. Therefore, the undersigned parties stipulate to continue the initial scheduling conference to a date approximately 21 days after the Motion to Dismiss is resolved, with the Joint Status Report due fourteen days before the new date of the initial scheduling conference.

Respectfully submitted,

DATED: May 29, 2015

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

BENJAMIN B. WAGNER
United States Attorney

GREGORY T. BRODERICK
Assistant United States Attorney

/s/ Steven A. Kirsch
STEVEN A. KIRSCH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone: (202) 616-4048
Fax:    (202) 616-4159
steven.kirsch@usdoj.gov

STIPULATION AND PROPOSED ORDER TO
CONTINUE INITIAL SCHEDULING CONFERENCE
AND FILING OF JOINT STATUS REPORT

2

| | |
|---|---|
| DATED: May 29, 2015 | /s/ Kristoffer S. Mayfield (authorized on 5/29/2015) |
| | Anthony S. Petru, Esq., State Bar No. 91399 |
| | Kristoffer S. Mayfield, Esq., State Bar No. 241093 |
| | Bradley W. Wahrlich, Esq., State Bar No. 261762 |
| | HILDEBRAND, McLEOD & NELSON, LLP |
| | Westlake Building |
| | 350 Frank H. Ogawa Plaza, Fourth Floor |
| | Oakland, CA 94612 -2006 |
| | Phone: (800) 447-7500 |
| | Fax: (510) 465-7023 |
| | warlich@hmnlaw.com |

The pretrial scheduling conference is rescheduled for August 3, 2015, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated: May 29, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE AND FILING OF JOINT STATUS REPORT        3