UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. GROGAN,<br><br>      Plaintiff,<br><br>  v.<br><br>JOHN HENRY, an individual; and DOES 1-30,<br><br>      Defendants. | No. 2:15-cv-00562-GEB-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

Plaintiff's motion for leave under Federal Rule of Civil Procedure 15(a) to file the Second Amended Complaint attached to his motion, (ECF Nos. 30, 30-1), is GRANTED. Plaintiff has five (5) days leave from the date on which this Order is filed to file the referenced Second Amended Complaint.

Dated: December 11, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1