BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
DEBRA D. FOWLER
debra.fowler@usdoj.gov
Senior Aviation Counsel
WILLIAM D. ADAMS
william.d.adams@usdoj.gov
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James M. Grogan, | No. 2:15-CV-00562-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION REGARDING TIME IN WHICH TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT** |
| United States of America, | |
| Defendant. | |

The parties respectfully request by Stipulation under L.R. 143 and 144 that the Court enter an Order setting the date of June 24, 2016, as the date on or before which Defendant United States of America must answer Plaintiff's third amended complaint, and relieving Defendant United States of America of its obligation to answer Plaintiff's second amended complaint.  No

STIPULATION AND PROPOSED ORDER                 1

extensions of time have been requested or granted with respect to Defendant United States of America's answer to Plaintiff's third amended complaint.

On May 3, 2016, Plaintiff moved the Court for leave to amend his pleadings under Fed. R. Civ. P. 15 and attached a copy of the proposed third amended complaint to his motion. The motion is set for hearing on June 28, 2016. On June 8, 2016, Defendant United States of America filed its notice of non-opposition to Plaintiff's motion to amend, which it had previously advised Plaintiff it would oppose. The Federal Rules of Civil Procedure and Local Rules of Practice for the United States District Court, Eastern District of California, do not clearly provide a time in which to answer Plaintiff's third amended complaint under the circumstances.

Additionally, the Court denied Defendant United States of America's motion to dismiss Plaintiff's second amended complaint on June 3, 2016. Defendant United States of America is technically required to answer the second amended complaint on June 17, 2016. In light of the fact that Plaintiff wishes to supersede it with his third amended complaint, and Defendant does not oppose Plaintiff's request for leave to do so, the parties agree it would be more efficient for Defendant United States of America to answer the third amended complaint on or before June 24, 2016, with no requirement that it answer the second amended complaint.

SO STIPULATED:

Dated: June 16, 2016                    U.S. DEPARTMENT OF JUSTICE


                                        By: /s/ *Debra D. Fowler*
                                            DEBRA D. FOWLER
                                            Senior Aviation Counsel, Torts Branch
                                            Civil Division

Dated: June 16, 2016              HILDEBRAND, McLEOD & NELSON, LLP

                                        By: /s/ *Bradley W. Wahrlich*
                                                BRADLEY W. WAHRLICH
                                                Counsel for Plaintiff

## **ORDER**

The foregoing stipulation is approved. Defendant United States of America shall file its answer to Plaintiff's third amended complaint on or before June 24, 2016, and is not required to answer Plaintiff's second amended complaint, which the third amended complaint supersedes.

IT IS SO ORDERED.

Dated: 6/16/2016

                                                /s/ John A. Mendez
                                                U. S. DISTRICT COURT JUDGE