BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
DEBRA D. FOWLER
debra.fowler@usdoj.gov
Senior Aviation Counsel
WILLIAM D. ADAMS
william.d.adams@usdoj.gov
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James M. Grogan, | No. 2:15-CV-00562-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION REGARDING EXPERT DISCLOSURE DATE** |
| United States of America, | |
| Defendant. | |

The parties respectfully request by Stipulation under L.R. 143 that the Court enter an Order changing the date by which the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) from January 20, 2017, to February 24, 2017.

On March 11, 2016, the Court entered its Status (Pre-Trial Scheduling) Order (Doc. No. 47), which sets various discovery deadlines, including the January 20, 2017, expert witness

STIPULATION AND PROPOSED ORDER                1

disclosure date. The parties are diligently conducting discovery, but due to various logistical and scheduling issues, have good cause to believe they will be unable to complete their Rule 26(a)(2) expert disclosures by the current due date. Therefore, they have agreed to this Stipulation and request an Order from the Court extending the expert witness disclosure date to February 24, 2017.

   SO STIPULATED:

Dated: November 21, 2016     U.S. DEPARTMENT OF JUSTICE

                 By: /s/ *Debra D. Fowler*
                    DEBRA D. FOWLER
                    Senior Aviation Counsel, Torts Branch
                    Civil Division

Dated: November 21, 2016     HILDEBRAND, McLEOD & NELSON, LLP

                 By: /s/ *Bradley W. Wahrlich*
                    BRADLEY W. WAHRLICH
                    Counsel for Plaintiff

**ORDER**

   The foregoing Stipulation is approved. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) on or before February 24, 2017.

   IT IS SO ORDERED.

Dated: 11/21/2016

                 /s/ John A. Mendez
                 U. S. DISTRICT COURT JUDGE