JOYCE R. BRANDA
Acting Assistant Attorney General, Civil Division
BENJAMIN B. WAGNER
United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
DEBRA D. FOWLER
debra.fowler@usdoj.gov
Senior Aviation Counsel
WILLIAM D. ADAMS
william.d.adams@usdoj.gov
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone: (202) 616-4025
Fax: (202) 616-4002

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James M. Grogan, | No. 2:15-CV-00562-JAM-KJN |
| Plaintiff, | |
| v. | **STIPULATION REGARDING EXTENSION OF EXPERT DISCLOSURE DATES** |
| United States of America, | |
| Defendant. | |

The parties respectfully request by Stipulation under L.R. 143 that the Court enter an Order changing the date by which the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) from February 24, 2017, to March 31, 2017, and changing the date by which the parties shall make rebuttal expert witness disclosures from March 24, 2014, to April 21, 2017.

STIPULATION AND PROPOSED ORDER              1

On March 11, 2016, the Court entered its Status (Pre-Trial Scheduling) Order (Doc. No. 47), which set various discovery deadlines, including an expert witness disclosure date of January 20, 2017, and a rebuttal expert witness disclosure date of March 24, 2017. On November 21, 2016, the Court entered the parties' stipulation to change the expert witness disclosure date to February 24, 2017. The parties are diligently conducting discovery, but have good cause to believe they will be unable to complete their Rule 26(a)(2) expert witness disclosures and rebuttal expert witness disclosures by the current due dates. Therefore, they have agreed to this Stipulation and request an Order from the Court extending the expert witness disclosure date to March 31, 2017, and the rebuttal expert witness disclosure date to April 21, 2017.

SO STIPULATED:

Dated: January 24, 2017        U.S. DEPARTMENT OF JUSTICE


By: /s/ *Debra D. Fowler*
     DEBRA D. FOWLER
     Senior Aviation Counsel, Torts Branch
     Civil Division


Dated: January 24, 2017        HILDEBRAND, McLEOD & NELSON, LLP

By: /s/ *Bradley W. Wahrlich*
     BRADLEY W. WAHRLICH
     Counsel for Plaintiff

STIPULATION AND PROPOSED ORDER         2

**ORDER**

The foregoing Stipulation is approved. The parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) on or before March 31, 2017, and rebuttal expert witness disclosures on or before April 21, 2017.

IT IS SO ORDERED.

Dated: 1/24/2017

/s/ John A. Mendez
U. S. DISTRICT COURT JUDGE