UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. GROGAN, | No. 2:15-cv-0562-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On May 25, 2017, the court, pursuant to the parties' request, conducted an informal telephonic discovery conference in this matter. At the conference, attorney Kristoffer Mayfield appeared on behalf of plaintiff, and attorneys Debra Fowler and William Adams appeared on behalf of defendant. After review of the parties' joint statement and further discussion with the parties at the conference, IT IS HEREBY ORDERED that:

1. Plaintiff's request to compel the United States to provide further information with respect to potential insurance coverage for Mr. Henry is DENIED WITHOUT PREJUDICE as unripe. The parties are encouraged to meet and confer further with respect to this issue.
2. Plaintiff shall produce to the United States copies of his journal entries from January 1, 2009, through the present, which relate to his physical condition, psychiatric

1

condition, and/or the accident at issue.[1] The responsive documents shall be produced no later than June 9, 2017, at 5:00 p.m. The United States' request for a broader date range of journal entries is denied without prejudice as this juncture.

IT IS SO ORDERED.

Dated: May 26, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court here makes no determination with respect to scope of time of medical/psychological records which may have to be produced.