Anthony S. Petru, Esq., State Bar No. 91399
Carole M. Bosch, Esq. State Bar No. 239790
HILDEBRAND, McLEOD & NELSON LLP
Westlake Building
350 Frank H. Ogawa Plaza
Oakland, CA 94612-2006
TEL:   (510) 451-6732
FAX:   (510) 475-87023

Attorneys for Plaintiff
JAMES GROGAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. GROGAN, | CASE NO. 2:15-CV-00562-JAM-KJN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| UNITED STATES OF AMERICA, JOHN HENRY, an individual, and DOES 1-30 | |
| Defendants. | |

Pursuant to Local Rules 160 and 272, Plaintiff, James M. Grogan hereby gives notice that the above-captioned case has settled.  The parties are in the process of finalizing the settlement, and as soon as all the necessary documents have been executed, the parties will file a stipulation to dismiss the case with prejudice.

DATED:  December 6, 2017

                                                HILDEBRAND, McLEOD & NELSON LLP

                                                By: /s/ *Carole M. Bosch*
                                                      ANTHONY S. PETRU, ESQ.
                                                        CAROLE M. BOSCH, ESQ.
                                                        Attorneys for Plainiff
                                                         JAMES M. GROGAN

1

Notice of Settlement

## PROOF OF SERVICE
*James M. Grogan vs. United States of America; et al*
*USDC Eastern District of California*
*Case No. 2:15-CV---562-JAM-KJN*

I, Karen Andrade, hereby declare:

I am a citizen of the United States and am over the age of eighteen (18) and am not a party to the above-entitled action. I am employed in the County of Alameda, California and my business address is Hildebrand, McLeod & Nelson, LLP, 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612-2006.

On **December 6, 2017,** I served the foregoing document(s) entitled:

**NOTICE OF SETTLEMENT**

by placing ___ the original, _x_ a true copy thereof, enclosed in a sealed envelope addressed as follows:

| William D. Adams, Esq.<br>Debra Fowler, Esq.<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>Aviation and Admiralty Litigation Section<br>P.O. Box 14271<br>Washington, DC 20044-4271 | Attorneys for Defendants<br>United States of America and<br>Beale Aero Club |
|---|---|

__X__ **BY MAIL:** I caused such envelope(s) or package(s) to be deposited in the mail at Oakland, California with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, in the ordinary course of business. The above sealed envelope(s) or package(s) was placed for collection and mailing on the above date following ordinary business practice.

____ **(BY FEDERAL EXPRESS)** By enclosing a true copy of the documents in a Federal Express envelope, sealing and depositing the envelope, with delivery fees prepaid or provided for, and instructions to deliver overnight, with an office or delivery box regularly maintained by Federal Express in San Francisco, California.

__X__ **BY ELECTRONIC MAIL:** I hereby certify that I caused the above document(s) to be sent electronically to the following email addresses: wadams@civ.usdoj.gov; dfowler@civ.usdoj.gov; sanander@civ.usdoj.gov

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **December 6, 2017** at Oakland, California.

/s/ Karen Andrade
KAREN ANDRADE