Anthony S. Petru (SBN 91399)
Carole M. Bosch, Esq. (SBN 239790)
HILDEBRAND, McLEOD & NELSON LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612-2006
TEL: (510) 451-6732
FAX: (510) 475-7023

Attorneys for Plaintiff
JAMES GROGAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| JAMES M. GROGAN, | CASE NO. 2:15-CV-00562-JAM-KJN |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE AND ORDER** |
| UNITED STATES OF AMERICA; et al | |
| Defendants. | |

**TO THIS HONORABLE COURT:**

PURSUANT TO FRCP 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties herein, that the above-entitled matter may be dismissed with prejudice in its entirety and that each party will bear their own costs and fees.

DATED: June 19, 2018

HILDEBRAND, McLEOD & NELSON, LLP

By:/s/ *Carole M. Bosch*
    Anthony S. Petru, ESQ.
    Carole M. Bosch, ESQ.
    Attorneys for Plaintiff
    JAMES GROGAN

1

NOTICE OF DISMISSAL AND ORDER

HILDEBRAND, MCLEOD & NELSON, INC.
ATTORNEYS AT LAW
WESTLAKE BUILDING
350 FRANK H. OGAWA PLAZA, FOURTH FLOOR
OAKLAND CALIFORNIA 94612-2006
(510) 451-6732

U.S. Department of Justice
Torts Branch, Civil Division

By:/s/ *Debra D. Fowler*_____
Debra D. Fowler, ESQ.
William D. Adams, ESQ.
Attorneys for the United States

## **ORDER**

In light of the foregoing stipulation by and between the parties herein, and good cause appearing therefore: IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety and each party to bear their own costs and fees.

ENTERED this 12th day of July, 2018

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

NOTICE OF DISMISSAL AND ORDER